**I**

**COMMERCIAL CASUALTY INSURANCE CO., Plaintiff in Error, v. BANK OF ZALMA.**

(Circuit Court of Appeals, Eighth Circuit. March 15, 1926.)

No. 7275.

In Error to the District Court of the United States for the Eastern District of Missouri.

Oliver & Oliver, of Cape Girardeau, Mo., for plaintiff in error.

Spradling & Dalton, of Cape Girardeau, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.

---

**2**

**Jim DEUPREE, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7261.

In Error to the District Court of the United States for the Western District of Oklahoma.

Morris & Tant, of Oklahoma City, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**3**

**Scott DILLINGHAM v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. December 11, 1925.)

No. 4346.

In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

Shepherd & Carden, of Chattanooga, Tenn., and Philip C. Cocke, of Asheville, N. C., for plaintiff in error.

George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

---

**4**

**Dora M. DUFFIELD, Adm'x, etc., Plaintiff in Error, v. CHICAGO, BURLINGTON & QUINCY RAILROAD CO.**

(Circuit Court of Appeals, Eighth Circuit. December 15, 1925.)

No. 6976.

In Error to the District Court of the United States for the District of Nebraska.

John J. Ledwith, Roy B. Ford, T. R. P. Stocker, and Wilmer B. Comstock, all of Lincoln, Neb., for plaintiff in error.

C. F. Reavis and Maxwell V. Beghtol, both of Lincoln, Neb., and Byron Clark, Jesse L. Root, and J. W. Weingarten, all of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

**5**

**Willie C. ELDER, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. February 5, 1926.)

No. 7327.

In Error to the District Court of the United States for the Western District of Missouri.

J. V. Gaddy, of St. Joseph, Mo., for plaintiff in error.

Roscoe C. Patterson, of Kansas City, Mo., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.